**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

| | |
|---|---|
| JOSHUA EDDY<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK T. SINITO; MILLENNIA HOUSING MANAGEMENT, LTD; and SUMMIT 2192 TN, LLC.<br><br>    Defendants. | CASE NO. 3:20-cv-00425-TAV-DCP |

## STIPULATION OF DISMISSAL - VOLUNTARY NONSUIT AS TO FRANK SINITO WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby

stipulates and voluntary dismisses the case against Frank Sinito with full prejudice.

Dated:  March 2, 2022          **RESPECTFULLY SUBMITTED,**

By:    s/Gregory Coleman by Marshall Stair w/ permission
Gregory F. Coleman (TN BPR #14092)
Adam A. Edwards (TN BPR # 023253)
Mark E. Silvey (TN BPR # 013415)
Justin G. Day (TN BPR # 033267)
Louis W. Ringger, III (TN BPR # 033674)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
*Attorneys for Plaintiff*
First Horizon Plaza
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
T: 865-247-0080
F: 865-522-0049

1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of March, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

s/Marshall Stair
Benjamin W. Jones, Esq. (BPR #020156)
Marshall W. Stair, Esq. (BPR # 027556)

2