**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

JOSHUA EDDY

     Plaintiff,

vs.

FRANK T. SINITO; MILLENNIA HOUSING MANAGEMENT, LTD; and SUMMIT 2192 TN, LLC.

     Defendants.

CASE NO. 3:20-cv-00425-TAV-DCP

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that all matters in controversy have been resolved and that this matter should be dismissed with full prejudice. Each party shall bear its own discretionary costs.

Dated: March 2, 2022      **RESPECTFULLY SUBMITTED,**

By:    s/Gregory Coleman by Marshall Stair w/ permission
Gregory F. Coleman (TN BPR #14092)
Adam A. Edwards (TN BPR # 023253)
Mark E. Silvey (TN BPR # 013415)
Justin G. Day (TN BPR # 033267)
Louis W. Ringger, III (TN BPR # 033674)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
*Attorneys for Plaintiff*
First Horizon Plaza
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
T: 865-247-0080
F: 865-522-0049

1

By:   <u>s/Marshall Stair</u>
      Benjamin W. Jones, Esq. (BPR #020156)
      Marshall W. Stair, Esq. (BPR # 027556)
      **LEWIS, THOMASON, KING, KRIEG &**
      **WALDROP, P.C.**
      *Attorneys for the Defendants*
      One Centre Square
      620 Market Street, Fifth Floor
      P.O. Box 2425
      Knoxville, TN 37901
      (865) 546-4646

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of March, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

      <u>s/Marshall Stair</u>
      Benjamin W. Jones, Esq. (BPR #020156)
      Marshall W. Stair, Esq. (BPR # 027556)

2